UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BARRY STAUBUS, in his official capacity as the District Attorney General for the Second Judicial District, TN; TONY CLARK, in his official capacity as the District Attorney General for the First Judicial District, TN; DAN ARMSTRONG, in his official capacity as the District Attorney General for the Third Judicial District, TN; and BABY DOE, by and through his Guardian Ad Litem, <br><br>    Plaintiffs, <br><br>v. <br><br>PURDUE PHARMA, L.P.: <br>PURDUE PHARMA, INC.: <br>THE PURDUE FREDERICK COMPANY: <br>MALLINCKRODT PLC; <br>ENDO HEALTH SOLUTIONS, INC; <br>ENDO PHARMACEUTICALS, INC; <br>CENTER POINTE MEDICAL CLINIC, LLC; <br>ELIZABETH ANN BOWERS CAMPBELL; <br>PAMELA MOORE; and <br>ABDELRAHMAN HASSABU MOHAMED, <br><br>    Defendants. | Case No. 2:17-CV-00122 <br><br> Judge Thomas A. Varlan |

---

## PLAINTIFFS' MOTION TO REMAND

---

Plaintiffs District Attorney Barry Staubus, District Attorney Tony Clark, District Attorney Dan Armstrong, and Baby Doe ("Plaintiffs"), by and through their counsel, pursuant to 28 U.S.C. § 1447(c), hereby move the Court for entry of an order remanding this matter to the Circuit Court for Sullivan County, Tennessee, and for an award of Plaintiffs' costs and attorneys'

fees associated with the removal of this case to this Court. As grounds for this motion, Plaintiffs aver that their complaint relies solely upon state law, and that there is not complete diversity between the parties. As such, this Court is without subject matter jurisdiction to hear the case. In support of this motion, Plaintiffs rely upon their memorandum of points and authorities, filed concurrently herewith, as well as the entire record in this cause.

Respectfully submitted,

 s/ James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS, PLLC
James G. Stranch, III (BPR #2542)
J. Gerard Stranch, IV (BPR #023045)
Tricia A. Herzfeld (BPR#26014)
Benjamin A. Gastel (BPR#28699)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
jims@bsjfirm.com
gerards@bsjfirm.com
triciah@bsjfirm.com
beng@bsjfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. mail as follows:

Ronald S. Range, Jr.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
P.O. Box 3038
100 Med Tech. Parkway, Suite 200
Johnson City, TN 37602
*Attorney for Endo Health Solutions, Inc.
and Endo Pharmaceuticals, Inc.*

Ingo W. Sprie, Jr.
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
*Attorney for Endo Health Solutions, Inc.
and Endo Pharmaceuticals, Inc.*

Sean Morris
ARNOLD & PORTER KAYE
SCHOLER LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
*Attorney for Endo Health Solutions, Inc.
and Endo Pharmaceuticals, Inc.*

Aubrey B. Harwell, Jr.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*Attorney for Purdue Pharma L.P.,
Purdue Pharma Inc., and The Purdue
Frederick Company, Inc.*

Patrick J. Fitzgerald
R. Ryan Stoll
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
*Attorneys for Purdue Pharma L.P.,
Purdue Pharma Inc., and The Purdue
Frederick Company, Inc.*

Sheila L. Birnbaum
Mark S. Cheffo
Hayden A. Coleman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
*Attorneys for Purdue Pharma L.P.,
Purdue Pharma Inc., and The Purdue
Frederick Company, Inc.*

Jessalyn H. Zeigler
BASS, BERRY, & SIMS PLC
150 Third Avenue South Suite 2800
Nashville, TN 37201
*Attorney for Mallinckrodt PLC*

Brien O'Connor
Andrew J. O'Connor
Kia Grant
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
*Attorneys for Mallinckrodt PLC*

Leslie T. Ridings
William C. Bovender
HUNTER SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN 37644
*Attorneys for Center Pointe Medical Clinic, LLC*

Elizabeth Ann Bowers Campbell
1390 Milligan Highway
Johnson City, TN 37601
**(Via U.S. Mail)**

Abdelrahman Hassabu Mohamed
522 Liddington Lane
Morristown, TN 37814
**(Via U.S. Mail)**

Pamela Moore
230 Union Hollow Rd.
Churchill, TN 37642
**(Via U.S. Mail)**

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: s/ Benjamin A. Gastel
Benjamin A. Gastel